UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR167 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 2)OSCAR MAGULAR GONZALEZ | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment only as to the captioned Defendant without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment against the Defendant Oscar Magular Gonzalez only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the U.S. Probation Office, the U. S. Attorney's Office, the U. S. Marshal's Service, and defense counsel.

Signed: March 10, 2008

Lacy H. Thornburg
United States District Judge